UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,

                 Plaintiff,

           -against-

MATTO MGMT NY LLC, ET AL.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

19 Civ. 6463 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: December 23, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**